UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br>    Plaintiff, | )<br>)<br>) |
| v. | ) No. 3:15-CV-3113-B<br>) |
| MARC REMENAR,<br>    Defendant. | )<br>)<br>) |

### ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court. **It is therefore ORDERED that this case be REMANDED** to the 199th Judicial District Court of Collin County, Texas.

SO ORDERED.

DATED: November 16, 2015.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE